UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
IN RE WORLD TRADE CENTER LOWER                                   :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION                               :
                                                                 :
                                                                 :
                                                                 :
-----------------------------------------------------------------X
ANTONI KONOPKA (AND WIFE, ALINA                                  :  07-CV-01641-AKH
KONOPKA),                                                        :
                                                                 :
                                    Plaintiffs,                  :  **APPEARANCE**
                                                                 :
       - against -                                               :
                                                                 :  **ELECTRONICALLY FILED**
222 BROADWAY, LLC, *et al.*,                                     :
                                                                 :
                                    Defendants.                  :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York            DICKSTEIN SHAPIRO LLP
       January 18, 2008

                          By:    /s/ Judith R. Cohen
                                 _____
                                 Judith R. Cohen (JC-8614)
                                 1177 Avenue of the Americas
                                 New York, New York 10036
                                 Phone: (212) 277-6500
                                 Fax: (212) 277-6501

                                 *Attorney for Defendant*
                                 222 BROADWAY, LLC.

DOCSNY-287455

2

DOCSNY-287455