UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
IN RE: LOWER MANHATTAN DISASTER SITE : 21 MC 102 (AKH)
LITIGATION :
:
------------------------------------------------------------- X
:
ANTONI KONOPKA (AND WIFE, ALINA : 07-CV-1641 (AKH)
KONOPKA), :
:
      Plaintiff, :
:
-against- :
: **FGP 90 WEST STREET,**
222 BROADWAY, LLC, 90 CHURCH STREET : **INC.'S NOTICE OF**
LIMITED PARTNERSHIP, AJ GOLDSTEIN & : **ADOPTION OF ANSWER TO**
CO., ALAN L. MERRIL, AMBIENT GROUP, INC., : **MASTER COMPLAINT**
BANKERS TRUST COMPANY, BANKERS :
TRUST CORP., BANKERS TRUST NEW YORK :
CORPORATION, BELFOR USA GROUP, INC., :
BETTY JEAN GRANQUIST, BOSTON :
PROPERTIES, INC., BT PRIVATE CLIENTS :
CORP., CAROL GAYNOR TRUST, CAROL :
GAYNOR, AS TRUSTEE OF THE CAROL :
GAYNOR TRUST, CAROL MERRIL GAYNOR, :
CHASE MANHATTAN BANK CORPORATION, :
CUSHMAN & WAKEFIELD, INC., DEUTSCHE :
BANK TRUST COMPANY, DEUTSCHE BANK :
TRUST COMPANYAMERICAS, DEUTSCHE :
BANK TRUST CORPORATION, FGP 90 WEST :
STREET INC., FRED GOLDSTEIN, HARLAND :
GAYNOR, AS TRUSTEE UNDER A :
DECLARATION OF TRUST, HAROLD G. :
GOLDSTEIN, AS TRUSTEE UNDER A :
DECLARATION OF TRUST, HERMAN L. BLUM, :
AS TRUSTEE UNDER THE LAST WILLAND :
TESTAMENT OF LOUIS W. GOLDSTEIN, IDELL :
GOLDSTEIN, AS TRUSTEE UNDER :
DECLARATION OF TRUST, JONES LANG :
LASALLE AMERICAS, INC., JONES LANG :
LASALLE SERVICES, INC., KIBEL COMPANIES, :
MARGARET G. WATERS, MARGUERITE K. :
LEWIS, AS TRUSTEE UNDER THE LAST WILL :

NEWY1\8192787.1

| | |
|---|---|
| AND TESTAMENT OF LOUIS W. GOLDSTEIN, MATTHEW A. GELBIN, AS TRUSTEE OF THE GELBIN FAMILY, MERRILL LYNCH & CO, INC., NATALIE S. LEBOW, AS TRUSTEE OF THE JEREMIAH PHILIP LEBOW REVOCABLE TRUST, NATALIE S. LEBOW, AS TRUSTEE OF THE JERRY P. LEBOW FAMILYTRUST, PAMELA BETH KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, ROWAN K. KLEIN, AS TRUSTEE OF THE PAMELA AND ROWAN KLEIN TRUST, RUTH G. LEBOW, SHIRLEY G. SHOCKLEY, AS TRUSTEE UNDER DECLARATION OF TRUST, STRUCTURE TONE (UK), INC., STRUCTURETONE GLOBAL SERVICES, INC., SWISS BANK CORPORATION, SYLVIA R. GOLDSTEIN, THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION, TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC, and VERIZON NEW YORK, INC, ET AL,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

-------------------------------------------------------------- X

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in the matter *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

NEWY1\8192787.1

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York.
       February 6, 2008

By:   s/ Keara M. Gordon
      Keara M. Gordon (KMG 2323)
      Michael D. Hynes (MH 5086)
      DLA PIPER US LLP
      1251 Avenue of the Americas
      New York, New York 10020-1104
      Phone: (212) 335-4500
      Facsimile: (212) 335-4501

      Robert J. Mathias (*pro hac vice
      application pending)
      The Marbury Building
      6225 Smith Avenue
      Baltimore, MD 21209-3600
      Phone: (410) 580-3000
      Fax: (410) 580-3001

      *Attorneys for Defendant
      FGP 90 West Street, Inc.*